AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,
    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 13-C-927

ROBERT NARVETT
and SHIELD MANAGEMENT GROUP, INC.
    Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Defendants Robert Narvett and Shield Management Group, Inc., shall disgorge profits of $335,697.42 they received as a result of the fraudulent scheme that is the subject of this action. The defendants shall also pay prejudgment interest on the disgorged profits in the amount of $18,886.50 and shall pay a civil penalty in the amount of $300,000.00.

Approved:    s/ William C. Griesbach
                     William C. Griesbach, Chief Judge
                     United States District Court

Dated: October 17, 2014.

JON W. SANFILIPPO
Clerk of Court

s/ Cheryl A. Veazie
(By) Deputy Clerk